```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08
```

# REICH REICH & REICH, P.C.
### ATTORNEYS AT LAW
THE NORTHCOURT BUILDING
175 MAIN STREET - SUITE 300
WHITE PLAINS, NEW YORK 10601-3257

(914) 949-2126
FAX (914) 949-1604
e-mail Reichlaw@aol.com

**MEMO ENDORSED**

LAWRENCE R. REICH
ROBIN REICH*
JEFFREY A. REICH

JOANNE PRICE
PARALEGAL

*ALSO ADMITTED IN CT

SIDNEY H. REICH
(1904-1990)

June 13, 2008

**Sent Via Fax (212) 805-6724**
The Honorable Frank Maas
United State District Court
500 Pearl Street
New York, NY 10007

Re: Metropolitan Life Insurance Company v. Frances Zaccaro
Docket Number:   1:08 CV 459

Dear Judge Maas:

Please be advised that this firm represents the defendant Frances Zaccaro.

I am writing this letter following this morning's court teleconference regarding the above. It was my original understanding that plaintiff MetLife was directed to release the "interest" on the subject account, however, after speaking with counsel Allan Marcus, it is the Plaintiff's position that the Plaintiff was only directed to release the "$ 9,000 benefit." However, Mr. Marcus has always known that the original $ 9,000 was never an issue regarding the action nor is presently in the subject account.

Be that as it may, as I prefaced defendant's argument to release the account (or a portion thereof), I made specific reference to those funds that had been reported to the IRS as 1099 income. That was the portion I had referenced, and the portion I believed that the Court directed be released. At this time, I am unsure and I apologize for my misunderstanding.

It is therefore respectfully requested that a teleconference be scheduled some time early next week for purposes of clarification or, alternatively, addressing this issue at the next teleconference.

Respectfully submitted,

Adam M. Peska (AP-1678)
of counsel

---

*Handwritten endorsement:*

I see no need for a further conference at this time. Nobody disputes that Ms. Zaccaro is entitled to $9,000, plus the interest thereon. Accordingly a sum corresponding to that should be available for Ms. Zaccaro to draw down.

Maas, USMJ,
6/13/08