UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

METROPOLITAN LIFE INSURANCE
COMPANY,

                   Plaintiff,

      - against -

FRANCES ZACCARO,

                   Defendant.
------------------------------------------------------------x

**ORDER**

08 Civ. 459 (BSJ)(FM)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/16/08]

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that:

1. Plaintiff's application for a <u>nunc</u> <u>pro</u> <u>tunc</u> extension of the period for effecting service of process is granted, and service shall be effected by July 15, 2008.

2. A further telephone conference shall be held on July 21, 2008, at 10:00 am. Plaintiff's counsel shall initiate the call by calling Chambers at (212) 805-6727.

    SO ORDERED.

Dated:    New York, New York
             June 13, 2008

                                            _____
                                            FRANK MAAS
                                   United States Magistrate Judge

Copies to:

Hon. Barbara S. Jones
United States District Judge

Allan M. Marcus, Esq.
Lester, Schwab, Katz and Dwyer LLP
Fax: (212) 267-5916

Adam M. Peska, Esq.
Reich Reich & Reich, PC
Fax: (914) 949-1604