UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08CV0459 (BSJ)

METROPOLITAN LIFE INSURANCE COMPANY

, Plaintiff(s)

- against -

FRANCES ZACCARO

, Defendant(s)

State of Nevada )
) SS.:
County of Clark )

### AFFIDAVIT OF SERVICE

Nillyreth Tabares being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Nevada. That on 06/25/2008 at 3:02 PM at:
    2180 E. WARM SPRINGS RD
    #1154
    LAS VEGAS NV 89119

Deponent served the:

SUMMONS IN A CIVIL ACTION & COMPLAINT
upon FRANCES ZACCARO, by delivering a true copy to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or Nevada. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 60  HEIGHT: 5'6''  WEIGHT: 130   HAIR: GREY   RACE: WHITE   SEX: FEMALE

Nillyreth Tabares   Lic. #N/A   389

SWORN TO BEFORE ME 6/27/08

Cathleen V Holmes

CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011

OUR DOC# 21443
Lester Schwab Katz & Dwyer LLP
120 Broadway
New York NY 10271
212-964-6611
564-7002