UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

METROPOLITAN LIFE INSURANCE
COMPANY,

                Plaintiff,

     - against -

FRANCES ZACCARO,

                Defendant.
------------------------------------------------------------x

**ORDER**

08 Civ. 459 (BSJ)(FM)

**FRANK MAAS**, United States Magistrate Judge.

     Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that:

1. On or before September 30, 2008, all fact discovery shall be completed.

2. Defendant may serve and file a motion to dismiss, as well as any other motion that counsel believes is proper and dispositive, before Judge Jones on or before July 25, 2008. Plaintiff shall serve and file its opposition papers on or before August 11, 2008.

3. A further telephone conference shall be held on October 1, 2008, at 10:00 am. Plaintiff's counsel shall initiate the call by calling Chambers at (212) 805-6727.

     SO ORDERED.

Dated:    New York, New York
            July 21, 2008

                                              FRANK MAAS
                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

Copies to:

Hon. Barbara S. Jones
United States District Judge

Allan M. Marcus, Esq.
Lester, Schwab, Katz and Dwyer LLP
Fax: (212) 267-5916

Adam M. Peska, Esq.
Reich Reich & Reich, PC
Fax: (914) 949-1604