# LESTER SCHWAB KATZ & DWYER, LLP
120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

ALLAN M. MARCUS
Writer's Direct Dial: (212) 341-4241
E-Mail: amarcus@lskdnylaw.com

NEW JERSEY OFFICE
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

August 7, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8.8.08
```

Via Fax: (212) 805-6191

Hon. Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re:   **Metropolitan Life Insurance Company v. Frances Zaccaro**
      **No. 08 CV 459 (BSJ) (FM)**

Dear Judge Jones:

My firm represents plaintiff Metropolitan Life Insurance Company ("MetLife") in the referenced matter. I am writing to respectfully request a two-day extension of time from August 11, 2008 to August 13, 2008 to file MetLife's opposition papers to defendant's motion to dismiss.

I have conferred with defendant's counsel Mr. Peska and he has no objection to this request. This is the first request for an extension of time with respect to this motion.

Thank you for your kind consideration of this request.

Respectfully yours,

ALLAN M. MARCUS
Of Counsel

AMM:imr
cc:

Via Fax: (212) 805-6724
Hon. Frank Maas
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

SO ORDERED,
Dated: 8/8/08
BARBARA S. JONES
U.S.D.J.

LESTER SCHWAB KATZ & DWYER, LLP

August 7, 2008
Page 2

Via Fax: (914) 949-1604
Adam M. Peska, Esq.
REICH, REICH & REICH, P.C.
235 Main Street, 4th Floor
White Plains, New York 10601
Attorneys for Defendant

1028676