LSK&D #: 564-7002 / 1064407
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
METROPOLITAN LIFE INSURANCE
COMPANY,                                            No. 08 CV 459 (BSJ)(FM)

                               Plaintiff,

                    -against-

FRANCES ZACCARO,

                             Defendant.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008 I caused to be served by Overnight Mail the foregoing Memorandum of Law in Opposition to Defendant's Motion to Dismiss and Declaration of Allan M. Marcus and exhibits thereto upon:

                Adam M. Peska, Esq.
                REICH, REICH & REICH, P.C.
                235 Main Street, 4th Floor
                White Plains, New York 10601
                Attorneys for Defendant

Dated:    New York, New York
            August 13, 2008

                                                    ALLAN M. MARCUS